HORI BROTHERS, c/o UNIVERSAL FOREIGN SERVICE CO. *v.* UNITED
STATES

**No. 6951.**—Invoice dated Kobe, Japan, May 18, 1934.
Certified May 19, 1934.
Entered at Los Angeles, Calif., June 11, 1934.
Entry No. 7821.

(Decided March 4, 1947)

*Lawrence & Tuttle (George R. Tuttle* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has
been submitted for decision upon the following stipulation of counsel
for the parties hereto:

It is hereby stipulated and agreed by and between counsel for the respective
parties hereto, subject to the approval of the court:

(1) That as to the merchandise involved herein, represented on the invoice
by the items marked "A" and initialed "GRG" by Examiner G. R. Gulick, the
market value or price at the time of exportation, at which such or similar mer-
chandise was freely offered for sale to all purchasers in the principal markets of
the country from which exported, in the usual wholesale quantities and in the
ordinary course of trade, for exportation to the United States, plus, when not
included in such price, the cost of containers and coverings of whatever nature,
and all other costs, charges, and expenses incident to placing the merchandise
in condition, packed ready for shipment to the United States, was the invoiced
unit prices, packed.

(2) That at the time of exportation there was no higher foreign value for this
merchandise and that the appraisement made under authority of the Presidential
proclamation published in T. D. 46158 was not applicable to said merchandise,
based upon the decisions in Reap. Dec.'s 4444 and 4570.

(3) That the appeal as to all other merchandise not marked with the letter
"A" as stated above and contained on the invoice is abandoned, and that this
case may be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined
in section 402 (d) of the Tariff Act of 1930, to be the proper basis for
the determination of the value of the merchandise represented on the
invoice by the items marked "A" and initialed "GRG" by Examiner
G. R. Gulick, and that such values are the invoiced unit prices,
packed.

In all other respects and as to all other merchandise, the appeal
having been abandoned, it is hereby dismissed.

Judgment will be rendered accordingly.